# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE BRIGGS,<br><br>　　　Petitioner,<br><br>　　v.<br><br>HEATHER SHIRLEY,<br><br>　　　Respondent. | Case No. 1:25-cv-0445 JLT SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS AN UNAUTHORIZED SUCCESSIVE PETITION, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 5) |

　　　　Johnny Lee Briggs is a state prisoner, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The magistrate judge performed a preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases and found "the instant petition is 'second or successive' under § 2244(b)" because "Petitioner previously filed a federal habeas petition in this Court challenging the same conviction, and that petition was denied on the merits." (Doc. 5 at 2, citing *Briggs v. Schuyler,* Case No. 1:24-cv-00310-KES-SKO.) Because Petitioner did not obtain leave from the Ninth Circuit to file a successive petition, the magistrate judge determined this Court lacks jurisdiction. (*Id.*) Therefore, the magistrate judge recommended the Court dismiss the petition. (*Id.*)

　　　　The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 30 days. (Doc. 5 at 3.) The Court advised him that the "failure to file any objections within the specified time may waive the right to appeal the District Court's

order." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 28, 2025 (Doc. 5) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** without prejudice as an unauthorized successive petition.
3. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated: __**July 16, 2025**__

UNITED STATES DISTRICT JUDGE

2